UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00122-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RUBEN DELGADO-MORALES a/k/a Ismael Hernandez-Morales,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, May 2, 2011,** and responses to these motions shall be filed by **Monday, May 16, 2011.**  It is

    FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 13, 2011, at 9:00 a.m. in courtroom A-1002.**

    Dated:  April 18, 2011

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge