UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00122-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RUBEN DELGADO-MORALES a/k/a Ismael Hernandez-Morales,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on May 24, 2011.  Accordingly, the 3-day jury trial set to commence on Monday, June 13, 2011, at 9:00 a.m. is **VACATED**.  A Change of Plea Hearing is **SET** for **Monday, August 15, 2011, at 4:00 p.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  May 24, 2011