UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00122-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RUBEN DELGADO-MORALES a/k/a Ismael Hernandez-Morales,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The Change of Plea Hearing is **RESET** for **Tuesday, January 31, 2012, at 2:00 p.m.**

     Dated: December 14, 2011